**Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-19-01014-CV

### GEOSOUTHERN ENERGY CORP. AND GEP HAYNESVILLE, LLC, Appellants

### V.

### FBS PROPERTIES, INC., AND BOSCO INVESTMENTS, LLC, Appellees

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-69106**

### MEMORANDUM  OPINION

This accelerated appeal is from an interlocutory order signed December 18, 2019. As shown by a supplemental clerk's record, the trial court vacated the December 18, 2019 order in a written order signed February 25, 2020.

On March 4, 2020, we notified the parties that we lack jurisdiction to consider an appeal when no appealable order exists. We informed the parties of this court's intention to dismiss the appeal for want of jurisdiction unless any party

filed a response demonstrating the court's jurisdiction by March 16, 2020. *See* Tex. R. App. P. 42.3(a). No response has been filed.

We order the appeal dismissed for lack of appellate jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.